## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Perferio McCline | FILED: JULY 29, 2008 |
|  | 08CV4282 |
| vs. | JUDGE KENDALL |
| Officer J. Foley, Star #3966, et. al. | MAGISTRATE JUDGE BROWN NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Perferio McCline

| NAME (Type or print) |
|---|
| Kevin Peters |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kevin Peters |
| FIRM |
|  |
| STREET ADDRESS |
| 407 S. Dearborn St., Suite 1675 |
| CITY/STATE/ZIP |
| Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06184460 | (312) 697-0022 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐